IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY TWIGG, *et al.*, | No. 4:23-CV-00067 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| VARSITY BRANDS HOLDING CO., INC., *et al.*, | |
| Defendants. | |

## ORDER

### MARCH 7, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiffs Corey Twigg's and Lori Twigg's Motion for Summary Judgment (Doc. 81) is **DENIED**;

2. Defendant Garware Technical Fibers, Ltd.'s Motion for Summary Judgment (Doc. 82) is **DENIED**;

3. Defendant Garware Technical Fibers, Ltd.'s Motion *in Limine* to Preclude Opinion and Testimony of Stephen Pfriem (Doc. 79) is **DENIED**; and

4. Defendant Garware Technical Fibers, Ltd.'s Motion *in Limine* to Preclude Opinion and Testimony of Dale Clark (Doc. 80) and Defendants Varsity Brands Holding Co., Inc.'s, BSN Sports, LLC's,

and Sport Supply Group, Inc.'s Motion for Summary Judgment (Doc. 76) are **GRANTED IN PART**:

    a.    Dale Clark's testimony is limited as set forth in the Court's Memorandum Opinion;

    b.    Defendant Garware Technical Fibers, Ltd.'s Motion *in Limine* to Preclude Opinion and Testimony of Dale Clark (Doc. 80) and Defendants Varsity Brands Holding Co., Inc.'s, BSN Sports, LLC's, and Sport Supply Group, Inc.'s Motion for Summary Judgment (Doc. 76) are **OTHERWISE DENIED**; and

5.    A Telephonic Status Conference with counsel of record will be scheduled by Separate Order.

                                           BY THE COURT:

                                           *s/ Matthew W. Brann*
                                           Matthew W. Brann
                                           Chief United States District Judge