IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY TWIGG, *et al.*, | No. 4:23-CV-00067 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| VARSITY BRANDS HOLDING CO., INC. *et al.*, | |
| Defendants. | |

### ORDER

**JANUARY 28, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Joint Motion in Limine to Exclude Medical Evidence (Doc. 131) is **GRANTED**.

2. Defendants' Joint Motion in Limine to Preclude Arguments (Doc. 133) is **GRANTED IN PART** and **DENIED IN PART**.

    a. The motion is **GRANTED** in that all counsel are precluded from making improper "golden rule" arguments to the jury;

    b. The motion is **DENIED WITHOUT PREJUDICE** to the extent it seeks to bar opposing counsel's hypothetical arguments at trial using the "reptile theory".

3. Plaintiffs' First Motion in Limine (Doc. 135) is **DENIED WITHOUT PREJUDICE**.

4. Plaintiffs' Second Motion in Limine (Doc. 136) is **DENIED WITHOUT PREJUDICE**.

5. Plaintiffs' Third Motion in Limine (Doc. 137) is **DENIED**.

6. Plaintiffs' Fourth Motion in Limine (Doc. 138) is **GRANTED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge