# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

COREY TWIGG, *et al.*,

      Plaintiffs,

    v.

VARSITY BRANDS HOLDING CO., INC. *et al.*,

      Defendants.

No. 4:23-CV-00067

(Chief Judge Brann)

## ORDER

**MARCH 9, 2026**

**IT IS HEREBY ORDERED** that:

1. Defendants', Varsity Brands Holding Co., Inc., and BSN Sports, Inc., Renewed Joint Verbal Motion for Judgment as a Matter of Law is **GRANTED IN PART and DENIED IN PART**;

   a. Because Plaintiffs have failed to produce any evidence at trial connecting Varsity Brands to this case in any way, any verdict other than a denial of liability would be erroneous under the governing law;

   b. Defendants' Renewed Joint Motion is therefore **GRANTED**, in that Varsity Brands Holding Co., Inc. will be **DISMISSED** from this case;

      c.      Defendants' Renewed Joint Motion is **DENIED** as to all other aspects;

2.     As a result of the dismissal of Varsity Brands Holding Co., Inc., the caption for this case going forward, is as follows:

| | |
|---|---|
| COREY TWIGG, *et al.*, | No. 4:23-CV-00067 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| BSN SPORTS, INC. *et al.*, | |
| Defendants. | |

3.     Defendant Garware Technical Fibers, LTD's Motion for Judgment as a Matter of Law (Doc. 194) was **DENIED** verbally during the course of the trial on March 5, 2026; and

4.     Defendant Garware Technical Fibers, LTD's Renewed Verbal Motion for Judgment as a Matter of Law is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

2