**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

COREY TWIGG, *et al.*,

        Plaintiffs,

    v.

BSN SPORTS, INC. *et al.*,

        Defendants.

No. 4:23-CV-00067

(Chief Judge Brann)

## ORDER

**MARCH 9, 2026**

**IT IS HEREBY ORDERED** that:

1.  The Trial Stipulation for Past Economic Expenses is admitted as evidence in this trial.

2.  The stipulation will be read to the jury.

3.  Before and after it is read, a limiting instruction will be read to the jury.

4.  A paragraph describing the limited purpose the stipulation may be used for will appear in the limited purpose section of the jury instructions, which will be read to the jury.

5.  The compensatory damages section of the jury instructions will state that "the parties have stipulated that Mr. Twigg's past medical expenses are in the amount of $81,622.50" and "the parties have

stipulated that Mr. Twigg's past economic expenses are in the amount

of $341,402.37."


BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge