**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COREY TWIGG AND LORI TWIGG, H/W, <br>         Plaintiffs, <br><br> v. <br><br> VARSITY BRANDS HOLDING CO., INC, BSN SPORTS INC., SPORT SUPPLY GROUP, INC., SPARTAN ATHLETIC COMPAN, GARWARE TECHNICAL FIBRES LTD. D/B/A GOLD MEDAL ATHLETIC PRODUCTS, <br>         Defendants. | : <br> : <br> :   Civil Action No. 4:23-cv-000067-MWB <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**ORDER**

  **AND NOW**, this _____ day of _____ 2026, upon consideration of Plaintiffs' Omnibus Motion for Post-Trial Relief and supporting Memorandum of Law, and all responses in opposition thereto, it is hereby **ORDERED** that said Motion is **DENIED with prejudice.** It is further **ORDERED** that Plaintiffs' counsel is sanctioned in the amount of _____ for his fallacious conduct and failure to comport with the Federal Rules of Civil Procedure, the United States District Court for the Middle District of Pennsylvania Rules of Court, and this Court's March 19, 2026 Order.

          **BY THE COURT:**

          _____

          Honorable Matthew W. Brann
          Chief United States District Judge