**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| COREY TWIGG AND LORI TWIGG, H/W, | : |
|                           Plaintiffs, | :   Civil Action No. 4:23-cv-000067-MWB |
|  | : |
| v. | : |
|  | : |
| VARSITY BRANDS HOLDING CO., INC, BSN | : |
| SPORTS INC., SPORT SUPPLY GROUP, INC., | : |
| SPARTAN ATHLETIC COMPAN, GARWARE | : |
| TECHNICAL FIBRES LTD. D/B/A GOLD | : |
| MEDAL ATHLETIC PRODUCTS, | : |
|                           Defendants. | : |
|  | : |

**ORDER**

**AND NOW**, this _____ day of _____ 2026, upon consideration of Plaintiffs' Omnibus Motion for Post-Trial Relief and supporting Memorandum of Law, and all responses in opposition thereto, it is hereby **ORDERED** that said Motion is **DENIED with prejudice.** It is further **ORDERED** that Plaintiffs' counsel is sanctioned in the amount of _____ for his fallacious conduct and failure to comport with the Federal Rules of Civil Procedure, the United States District Court for the Middle District of Pennsylvania Rules of Court, and this Court's March 19, 2026 Order.

**BY THE COURT:**

_____
Honorable Matthew W. Brann
Chief United States District Judge

334103829v.1