**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COREY TWIGG, *et al.*, | No. 4:23-CV-00067 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| BSN SPORTS, INC. *et al.*, | |
| Defendants. | |

**ORDER**

**MAY 21, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS**

**HEREBY ORDERED** that:

1.    Plaintiffs' Omnibus Motion for Post-Trial Relief (Doc. 217) is

**DENIED**, with the following exception:

  i.    Plaintiffs' request for delay damages will be granted in part;

  ii.    The Final Clerk's Judgment (Doc. 210) will be amended to

  reflect the final judgment amount of $384,697.45;

2.    Plaintiffs' Motion to Amend/Correct their Brief in Support (Doc. 227)

is **GRANTED**;

3.    Defendant Garware's Motion for Leave to File a Sur-Reply (Doc.

229) is **GRANTED**;

4.      Counsel for Plaintiffs, Nicholas W. Mattiacci, Sr., Esquire, shall

**SHOW CAUSE** why he should not be sanctioned for violation of

Federal Rule of Civil Procedure 11;

5.      Mr. Mattiacci shall file a brief explaining why he should not be

sanctioned no later than June 8, 2026. A hearing will be scheduled by

separate Order; and

6.      While the show cause proceedings will continue, the Court believes

that Mr. Mattiacci's potential misconduct is divorced from the

substantive issues of this case. Therefore, the verdict and judgment,

after it is molded by this Order, is **FINAL**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

2